# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2019

159181

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

TOWNSHIP OF FRASER,
            Plaintiff-Appellant,

v

HARVEY HANEY and RUTH ANN HANEY,
            Defendants-Appellees.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159181
COA: 337842
Bay CC: 16-003272-CH

_____/

On order of the Court, the application for leave to appeal the January 17, 2019 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals, and we REMAND this case to the Court of Appeals to address whether the published opinion in this case is consistent with the published opinion in *Baker v Marshall*, 323 Mich App 590 (2018).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2019



Clerk

t0924